1 | BRIAN N. FOLLAND (SBN 157350)
THE FOLLAND LAW GROUP
2 | 8050 N. Palm Avenue, Suite 300
Fresno, CA 93711
3 | Telephone: (559) 500-3387
Email: folland@comcast.net
4 |
Attorney for Plaintiff
5 | SADIE CHESS

6 |

7 | PAMELA E. COGAN (SBN 105089)
JACLYN D. LEVASH (SBN 266749)
8 | ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
9 | Redwood City, CA 94063-2052
Telephone: (650) 364-8200
10 | Facsimile: (650) 780-1701
Email: pamela.cogan@rmkb.com
11 | jaclyn.levash@rmkb.com

12 | Attorneys for Defendants
LIBERTY MUTUAL HOLDING COMPANY INC.,
13 | SAFECO INSURANCE COMPANY OF AMERICA,
GENERAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE CHESS,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL HOLDING COMPANY, INC., SAFECO INSURANCE COMPANY OF AMERICA, GENERAL INSURANCE COMPANY OF AMERICA, and DOES 1-60, inclusive<br><br>        Defendants. | CASE NO. 2:17-cv-01730 MCE KJN<br><br>**(Formerly Sacramento County Superior Court Case No. 34-2017-00213735)**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 143, 144)** |

**TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT COURT JUDGE:**

**PLEASE TAKE NOTICE** that counsel for the parties have met and conferred in good faith to continue the deadline for defendants to respond to Plaintiff's Complaint. Defendants

4817-9104-4685.1                           CASE NO. 2:17-CV-01730 MCE KJN

have not previously sought an extension to file a responsive pleading in this matter.

Therefore, Plaintiff and Defendants, pursuant to Local Rule 144, stipulate that the deadline for defendants to file a responsive pleading to Plaintiff's Complaint is extended fourteen (14) days from August 25, 2017 to September 8, 2017.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: August 23, 2017  THE FOLLAND LAW GROUP

By: /s/ *Brian Folland* [as authorized 8/23/17]
　　BRIAN FOLLAND
　　Attorney for Plaintiff
　　SADIE CHESS

Dated: August 23, 2017  ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ *Jaclyn D. Levash*
　　PAMELA E. COGAN
　　JACLYN D. LEVASH
　　Attorney for Defendants
　　LIBERTY MUTUAL HOLDING
　　COMPANY INC., SAFECO INSURANCE
　　COMPANY OF AMERICA, GENERAL
　　INSURANCE COMPANY OF AMERICA

**IT IS SO ORDERED.**

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE