1  BRIAN N. FOLLAND (SBN 157350)
   THE FOLLAND LAW GROUP
2  8050 N. Palm Avenue, Suite 300
   Fresno, CA 93711
3  Telephone:     (559) 500-3387
   Email:         folland@comcast.net
4
   Attorney for Plaintiff
5  SADIE CHESS

6

7  PAMELA E. COGAN (SBN 105089)
   JACLYN D. LEVASH (SBN 266749)
8  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
9  Redwood City, CA  94063-2052
   Telephone:     (650) 364-8200
10 Facsimile:     (650) 780-1701
   Email:         pamela.cogan@rmkb.com
11                jaclyn.levash@rmkb.com

12 Attorneys for Defendants
   LIBERTY MUTUAL HOLDING COMPANY INC.,
13 SAFECO INSURANCE COMPANY OF AMERICA,
   GENERAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE CHESS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL HOLDING COMPANY, INC., SAFECO INSURANCE COMPANY OF AMERICA, GENERAL INSURANCE COMPANY OF AMERICA, and DOES 1-60, inclusive<br><br>　　　　　　Defendants. | CASE NO.  2:17-cv-01730 MCE KJN<br><br>**(Formerly Sacramento County Superior Court Case No. 34-2017-00213735)**<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF LIBERTY MUTUAL HOLDING COMPANY INC. AND SAFECO INSURANCE COMPANY OF AMERICA (L.R. 143)** |

**TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT COURT JUDGE:**

　　　　**PLEASE TAKE NOTICE** that plaintiff SADIE CHESS and defendants LIBERTY

MUTUAL HOLDING COMPANY INC., SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, by and through their respective counsel of record, hereby stipulate to the dismissal, without prejudice, of defendants LIBERTY MUTUAL HOLDING COMPANY INC. and SAFECO INSURANCE COMPANY OF AMERICA.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: August 23, 2017     THE FOLLAND LAW GROUP

By: /s/ *Brian Folland* [as authorized 8/23/17]
    BRIAN FOLLAND
    Attorney for Plaintiff
    SADIE CHESS

Dated: August 23, 2017     ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ *Jaclyn D. Levash*
    PAMELA E. COGAN
    JACLYN D. LEVASH
    Attorney for Defendants
    LIBERTY MUTUAL HOLDING
    COMPANY INC., SAFECO INSURANCE
    COMPANY OF AMERICA, GENERAL
    INSURANCE COMPANY OF AMERICA

**IT IS SO ORDERED.**

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE