ENRIQUE MARINEZ (SBN 160656)
JACLYN D. CONOVER (SBN 266749)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: enrique.marinez@rmkb.com
jaclyn.conover@rmkb.com

Attorneys for Defendant
GENERAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE CHESS,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants. | CASE NO. 2:17-cv-01730 MCE-KJN<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between the Plaintiff, Sadie Chess, and Defendant, General Insurance Company of America, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed, with prejudice, as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

///

////

///

///

///

///

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

Dated: October _____, 2018         FOLLAND LAW GROUP


By: _____
   BRIAN N. FOLLAND
   Attorneys for Plaintiff
   SADIE CHESS

Dated: October _____, 2018         ROPERS, MAJESKI, KOHN & BENTLEY


By: _____
   ENRIQUE MARINEZ
   JACLYN D. CONOVER
   Attorneys for Defendant
   GENERAL INSURANCE COMPANY OF AMERICA

## ORDER

It is hereby ordered that, pursuant to the parties' Stipulation for Dismissal of Action and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed, with prejudice, in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 24, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE